CMC

Hon. Sara Ellis

**FILED**

JUN 0 5 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Re: Dallas Buyers Club LLC v. Does 1-34
    United States District Court for the Northern District of Illinois
    Docket No.: 1:14-cv-02165
    Order Entered: April 23, 2014
    Comcast File #: 552791

## MOTION TO QUASH SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

    I am identified in Plaintiff's complaint as the Internet Service Provider ("ISP") subscriber assigned Internet Protocol ("IP") address 98.206.19.252. I am representing my self *Pro Se* in this matter before the Court. I understand that *Pro Se* litigants are required to follow the same rules and procedures as litigants represented by attorneys as seen in *Nielson v. Price*. 17 F.3d 1276.1277 (10th Cir. 1994). I will abide by these rules and procedures, but ask the Court's indulgence as I'm not a lawyer. I hereby move that the Subpoena issued to Comcast Cable Holdings, LLC be quashed, and state as follows:

1. Other than a photocopy of the Subpoena to produce documents, information, or objects or to permit inspection of premises in a civil action issued to Comcast Cable Holdings LLC ("Comcast"), I have not seen any particulars of the complaint docketed as 1:14-cv-02165.

2. I deny any of the Plaintiff's allegations because I do not have sufficient knowledge or information to form a belief about the truth of the allegations, other than the allegation that I have downloaded content without permission.

3. On the allegation that I have downloaded content without permission, I categorically deny that on January 4, 2014 I downloaded any internet content.

4. I have not downloaded "Dallas Buyers Club" nor any other movie ever.

5. Plaintiff infers that I am the alleged offender with no other facts than that I pay Comcast as an ISP subscriber.

6. Plaintiff can only claim that I am "the most likely infringer" based on the fact that I am the payer for the internet service provided by Comcast.

7. Plaintiff has done no further investigative efforts nor taken due diligence to get past the "most likely infringer" fallacy and attempt to identify the true infringer.

8. The Subpoena issued or requested by Plaintiff to Comcast, for Comcast to provide information on its ISP subscribers, is irrelevant to the cause of action brought by Plaintiff to the Court.

9. The ISP subscriber is not necessarily the infringer that Plaintiff accuses.

Wherefore, I request/pray for entry of a permanent injunction preventing Plaintiff from naming me in this case and in future ones based only on the fact that I am the ISP subscriber who pays the internet service bill. I move that the Subpoena issued by Plaintiff to Comcast insofar as it affects me as the ISP subscriber be quashed and/or vacated.

Submitted by:

*John Doe #18*

ISP Subscriber
IP Address 98.206.19.252