UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DALLAS BUYERS CLUB, LLC | ) | |
| PLAINTIFF | ) | |
| VS. | ) | 14-cv-02165 |
| DOES 1-34 | ) | |
| DEFENDANT | ) | |

NOTICE OF MOTION

MOTION TO QUASH SUBPOENA

TO: Karyn L. Bass Ehler

Hughes, Socol, Piers, Resnick and Dym, Ltd.

70 W. Madison Street

Ste. 4000

Chicago, IL 60602

On June 18, 2014, I have electronically filed a Motion to Quash Subpoena, a copy of which is hereto attached and electronically sent to you.

Further, take notice that said hearing is set for July 9, 2014 at 9:30 am in room 1719 of the United States District Court for the Northern District of Illinois, in front of Judge Sara Ellis.

John M. Kuranty, Attorney for Defendant, 7925 W. 103rd Street, Ste. 1A, Palos Hills, IL 60465

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DALLAS BUYERS CLUB, LLC | ) | |
| PLAINTIFF | ) | |
| VS. | ) | 14-cv-02165 |
| DOES 1-34 | ) | |
| DEFENDANT | ) | |

MOTION TO QUASH SUBPOENA

Now comes the Defendant Does, known by her IP address, 71.194.216.59, by and through her attorney, John M. Kuranty, and in support of her motion to quash subpoena states as follows:

1. That she is the internet subscriber for said IP address, by and through her internet provider, Comcast.

2. That said internet router is an open wireless connection that is not secure.

3. That when she subscribed to the services, she was not told that she could indeed purchase

A secured wireless router.

4. That her wireless provider has its main legal office located at 650 Centerton Road, Moorestown, NJ 08057.

5. That if called to testify, someone from the legal department would have to travel in excess of 100 miles.

6. That pursuant to Federal Rule of Civil Procedure 45 c, d, and e, the court may, on motion,

"quash or modify the subpoena ".

Therefore, the Defendant prays that this honorable court:

A. Quash the Subpoena.
B. For whatever else this honorable court deems just and equitable.

Respectfully submitted,

/s/ John M. Kuranty

John M. Kuranty, Attorney for Defendant, 7925 W. 103rd Street, Ste. 1A, Palos Hills, IL 60465